UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS DEVON LEWIS-BEY #44562-083 | CASE NO. 1:24-CV-00651 SEC P |
| -vs- | JUDGE DRELL |
| J W COX | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 4), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana this 22nd day of November 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT